**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob E. Heric*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Jacob.Heric@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2709*
*fax: (973) 297-2010*

November 9, 2026

**<u>BY ECF</u>**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Rueda Salinas v. Warden*, No. 26-14309** (MCA)
**Expedited Response to ECF No. 2**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to report that on November 2, 2026, prior to the Petition filed on November 3, U.S. Immigration and Customs Enforcement ("ICE") issued a Form I-286, Notice of Custody Determination, authorizing Petitioner's release on bond of $7,500. *See* Ex. A. Because ICE authorized released on bond in the Form I-286 in lieu of detaining Petitioner, ICE did not request a bond hearing to be held within three business days. ICE informs this Office that they have filed the Form I-286 with the immigration court to prompt the scheduling of a custody redetermination on Petitioner's behalf. However, the hearing has not yet been scheduled.

Petitioner is lawfully detained pursuant to 8 U.S.C. § 1226(a), has received all process due, and will be released upon posting bond. Petitioner may post the bond set by ICE or, to the extent Petitioner disagrees with ICE's bond determination, seek a custody re-determination before an immigration judge. *See* 8 U.S.C. § 1226(a); 8 C.F.R. §§ 236.1(d)(1), 1236.1(d)(1), 1003.19; *Kollie v. Bondi,* No. 26-1158 (MAS), 2026 WL 1290660, at *1 (D.N.J. May 12, 2026) (holding that a detainee eligible for a bond hearing under § 1226(a) must exhaust administrative remedies before bringing a habeas petition). We therefore respectfully ask the Court to close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jacob E. Heric*
JACOB E. HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

Case shall be closed.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 11/10/26

# EXHIBIT A

DEPARTMENT OF HOMELAND SECURITY

# NOTICE OF CUSTODY DETERMINATION

Alien's Name: RUEDA SALINAS, OSCAR JOAN

A-File Number: [redacted] [redacted] 033

Date: 11/02/2026

Event ID: [redacted]

Subject ID: [redacted]

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☐ Detained by the Department of Homeland Security.

☒ Released (check all that apply):

- ☒ Under bond in the amount of $ 7,500
- ☐ On your own recognizance.
- ☐ Under other conditions. [Additional document(s) will be provided.]

GONZALEZ, E 7523
Name and Signature of Authorized Officer

11/02/2026 9:14 AM
Date and Time of Custody Determination

SDDO
Title

DOCKET CONTROL OFFICE NEWARK
970 BROAD STREET
~~11th Floor~~
Office Location/Address

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and

- ☒ I **do** request an immigration judge review of this custody determination.
- ☐ I **do not** request an immigration judge review of this custody determination.

REFUSED TO SIGN
Signature of Alien

11/02/2026
Date

The contents of this notice were read to RUEDA SALINAS, OSCAR JOAN (Name of Alien) in the SPANISH (Name of Language) language.

SAMUEL, K.6997
Name and Signature of Officer

N/A
Name or Number of Interpreter (if applicable)

Deportation Officer
Title